THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
DANAHY PACKING COMPANY, Respondent.

(Argued April 29, 1932; decided May 13, 1932.)

*John J. Bennett, Jr., Attorney-General (Henry Epstein*
and *Thomas F. Myers* of counsel), for appellant.

*John W. Ryan* for respondent.

Order affirmed, with costs; question certified answered
in the affirmative; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.